TIFFANY & BOSCO
P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-30913

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: December 20, 2010**



_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Larry Morgan<br>      Debtor.<br>_____<br>U.S. Bank National Association, as Trustee for Credit Suisse First Boston CSFB 2006-4<br>      Movant,<br>  vs.<br><br>Larry Morgan, Debtor, William E. Pierce, Trustee.<br><br>      Respondents. | No. 0:10-BK-35971-RJH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #20) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated January 11, 2006 and recorded in the office of the Mohave County Recorder wherein U.S. Bank National Association, as Trustee for Credit Suisse First Boston CSFB 2006-4 is the current beneficiary and Larry Morgan has an interest in, further described as:

> LOT FOUR HUNDRED TEN (410), PLAYA DEL RIO UNIT 4, TRACT 1113, according to the plat of record in the office of the County Recorder of Mohave County, Arizona recorded July 17,1972, at Fee No. 72-14282.
> EXCEPT one-half (1/2) of all oil, gas, coal, and minerals as set forth in instrument recorded in Book 128 of Deeds, Page 123.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.